CANANDAIGUA NATIONAL BANK, Respondent, *v.* CLEVE-LAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY, Appellant.

*Canadaigua Nat. Bank* v. *Cleveland, C., C. & St. L. Ry. Co.,* 155 App. Div. 53, affirmed..
(Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1913, affirming a judgment in favor

of plaintiff entered upon a decision of the court at a Trial Term in an action to recover for the conversion of a carload of apples arising upon a delivery alleged to be contrary to shipper's instruction and the express terms of the bill of lading.

*Daniel M. Beach* for appellant.

*Myron D. Short* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.